# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE SIMS,<br><br>    Plaintiff,<br><br>v.<br><br>WORLDPAC, INC.,<br><br>    Defendant. | Case No. 12-cv-05275 JSW (NC)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL**<br><br>Re: Dkt. No. 32 |

    Plaintiff Steve Sims moved to compel defendant WorldPac, Inc. to respond to two interrogatories and a request for production of documents. WorldPac opposed the discovery as overbroad, irrelevant, and seeking privileged documents. The Court held a hearing on June 19, 2013 and ruled from the bench. This order summarizes the ruling.

- The Court GRANTS Sims' motion to compel WorldPac's responses to his interrogatories with respect to Thomas Klutzz and Walt Phillips, finding Klutzz and Phillips similarly situated to Sims in that they were approximately the same age when terminated and terminated by the same WorldPac employee. The Court DENIES the motion to compel responses regarding branch managers and associate branch managers because Sims has failed to show that those positions are relevant to his claims.

//

Case No. 12-cv-05275 JSW (NC)
ORDER RE: MOTION TO COMPEL

- The Court DENIES Sims' motion to compel the production of documents related to the *Ganda* settlement because Sims has not shown that the requested discovery is relevant to his claims.
- The parties must meet and confer further, and, if they still seek fees and costs in bringing and defending against this motion, file a joint letter brief within fourteen days, in accordance with my standing order, regarding their respective positions on the apportionment of costs and fees under Federal Rule of Civil Procedure 37(a)(5)(C).

Any party may object to this order within fourteen days.  Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

Date: June 19, 2013

Nathanael M. Cousins
United States Magistrate Judge