NANCY E. PRITIKIN, Bar No. 102392
nepritikin@littler.com
MARY D. WALSH, Bar No. 197039
mdwalsh@littler.com
JESSICA MARINELLI, Bar No. 271707
jmarinelli@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California  94108.2693
Telephone:	415.433.1940
Facsimile:	415.399.8490

Attorneys for Defendant
WORLDPAC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE SIMS, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>WORLDPAC, INC., a Delaware Corporation, and DOES 1-100,<br><br>        Defendants. | CASE NO.  C-12-05275 JSW<br><br>**[PROPOSED]** ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES<br><br>Judge:  Honorable Jeffrey S. White<br>Dept:  11 |

The Court, having reviewed the parties' Joint Stipulation To Continue Trial Date, and for good cause shown, hereby orders that the trial date currently set for March 4, 2013 be continued to July 21, 2014. The Court further orders that the related pre-trial dates be continued as follows:

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Discovery Cut-off | October 18, 2013 | February 7, 2014 |
| Designation of Experts | October 18, 2013 | February 7, 2014 |
| Close of Expert Discovery | November 15, 2013 | March 7, 2014 |
| Last Date for Hearing Dispositive Motions | December 13, 2013 | March 28, 2014 |
| Pretrial Conference | February 10, 2014 | July 14, 2014 ~~June 23, 2014~~ |
| Jury Trial | March 3, 2014 | August 4, 2014 ~~July 21, 2014~~ |

Jury selection: July 30, 2013 at 8:00 a.m.

IT IS SO ORDERED.

Dated: __September 23__, 2013

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Firmwide:122910770.1 065678.1050

[~~PROPOSED~~] ORDER GRANTING JOINT STIP TO CONTINUE TRIAL DATE 2 CASE NO. C-12-05275 JSW

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940