1  NANCY E. PRITIKIN, Bar No. 102392
   nepritikin@littler.com
2  MARY D. WALSH, Bar No. 197039
   mdwalsh@littler.com
3  JESSICA MARINELLI, Bar No. 271707
   jmarinelli@littler.com
4  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
5  San Francisco, California  94108.2693
   Telephone:   415.433.1940
6  Facsimile:    415.399.8490

7  Attorneys for Defendant
   WORLDPAC, INC.
8

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STEVE SIMS, an individual, | CASE NO.  C-12-05275 JSW |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES |
| v. | |
| WORLDPAC, INC., a Delaware Corporation, and DOES 1-100, | Judge:  Honorable Jeffrey S. White
Dept:  11 |
| Defendants. | |

The Court, having reviewed the parties' Joint Stipulation To Continue Trial Date, and for good cause shown, hereby orders that the trial date currently set for March 4, 2013 be continued to July 21, 2014. The Court further orders that the related pre-trial dates be continued as follows:

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Discovery Cut-off | October 18, 2013 | February 7, 2014 |
| Designation of Experts | October 18, 2013 | February 7, 2014 |
| Close of Expert Discovery | November 15, 2013 | March 7, 2014 |
| Last Date for Hearing Dispositive Motions | December 13, 2013 | March 28, 2014 |
| Pretrial Conference | February 10, 2014 | July 14, 2014 ~~June 23, 2014~~ |
| Jury Trial | March 3, 2014 | August 4, 2014 ~~July 21, 2014~~ |

Jury selection: July 30, 2013 at 8:00 a.m.

IT IS SO ORDERED.

Dated: __September 23__, 2013

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Firmwide:122910770.1 065678.1050

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING JOINT STIP TO CONTINUE TRIAL DATE       2       CASE NO. C-12-05275 JSW