NANCY E. PRITIKIN, Bar No. 102392
nepritikin@littler.com
MARY D. WALSH, Bar No. 197039
mdwalsh@littler.com
JESSICA MARINELLI, Bar No. 271707
jmarinelli@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
WORLDPAC, INC,

KIRK B. FREEMAN Bar No. 99685
LAW OFFICES OF KIRK B. FREEMAN
kirk@kbflaw.com
MATTHEW A. MALLET Bar No. 203393
matthew@kbflaw.com
256 Sutter Street, Sixth Floor
San Francisco, California 94108
Telephone: 415.398.1082
Fax: 415.391.1285

Attorneys for Plaintiff
STEVE SIMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE SIMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WORLDPAC, INC., a Delaware Corporation, and DOES 1-100,<br><br>Defendant. | Case No. C 12-05275 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Honorable Jeffrey S. White<br>Dept: 11 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEF'S MSJ

(No. C 12-05275 JSW)

1  WHEREAS, on February 20, 2014, the Court issued a Clerk's Notice Continuing
2  Dates, continuing the hearing on Defendant WORLDPAC's Motion for Summary Judgment from
3  March 28, 2014 to June 6, 2014;
4  WHEREAS, lead counsel for WORLDPAC, Nancy Pritikin, will be out of the
5  country on a previously scheduled vacation from May 16, 2014 through June 15, 2014; and therefore
6  unavailable to appear at the hearing;
7  WHEREAS, the parties have met and conferred and reviewed the Court's scheduling
8  notes;
9  WHEREAS, the parties have agreed to continue the hearing to June 20, 2014;
10 NOW, THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES,
11 THROUGH THEIR RESPECTIVE COUNSEL, that:
12 The hearing on Defendant's Motion for Summary Judgment be continued from June 6,
13 2014 to June 20, 2014.

Dated: March 17, 2014

MARY D. WALSH
LITTLER MENDELSON, P.C.
Attorneys for Defendant
WORLDPAC, INC,

Dated: March 4, 2014

KIRK B. FREEMAN
LAW OFFICES OF KIRK B. FREEMAN
Attorneys for Plaintiff
STEVE SIMS

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEF'S MSJ    1.    (No. C 12-05275 JSW)

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT: |
| 2 | The hearing on Defendant's Motion for Summary Judgment be continued from June 6, 2014 to <u>June 20</u>, 2014 at <u>9:00</u> a.m. |

DATED: <u>March 17, 2014</u>       By <u>/s/ Jeffrey S. White</u>
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Firmwide:125760195.1 065678.1050

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEF'S MSJ       2.       (No. C 12-05275 JSW)