IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE SIMS,

    Plaintiff,                                  No. C 12-05275 JSW

  v.

WORLDPAC, INC.,                             **ORDER VACATING HEARING**

    Defendant.
_____/

    Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant WorldPac, Inc.'s motion for summary judgment which has been noticed for hearing on Friday, June 20, 2014 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: June 16, 2014

                                                 JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California