1  NANCY E. PRITIKIN, Bar No. 102392
   nepritikin@littler.com
2  MARY D. WALSH, Bar No. 197039
   mdwalsh@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street
4  20th Floor
   San Francisco, California  94108.2693
5  Telephone:    415.433.1940
   Facsimile:    415.399.8490
6
   Attorneys for Defendant
7  WORLDPAC, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12
   STEVE SIMS, an individual,              Case No.  C 12-05275 JSW
13
                  Plaintiff,               **[PROPOSED] ORDER RE: JOINT
14                                         STIPULATION TO CONTINUE EXPERT
                                           DISCOVERY CUTOFF**
15         v.
                                           Judge:  Honorable Jeffrey S. White
16  WORLDPAC, INC., a Delaware             Courtroom:  5
    Corporation, and DOES 1-100,
17                                         Trial Date:  October 20, 2014
                  Defendant.
18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED]  ORDER  RE:  JOINT  STIP.  TO
CONTINUE EXPERT DISCOVERY CUTOFF                    (No. C 12-05275 JSW)

1    The Court, having reviewed the parties' Joint Stipulation To Continue Expert

2  Discovery Cutoff, and for good cause shown, hereby orders that the expert discovery cutoff currently

3  set for July 30, 2014 be continued to August 29, 2014.

4    **IT IS SO ORDERED.**

5  Dated:   July 10, 2014

6

7  _____
                    HON. JEFFREY S. WHITE
8        UNITED STATES DISTRICT COURT JUDGE

9  Firmwide:127855375.1 065678.1050

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER RE: JOINT STIP. TO
CONTINUE EXPERT DISCOVERY CUTOFF

(No. C 12-05275 JSW)